An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

WYETH; WYETH PHARMACEUTICALS, INC.; PFIZER, INC.; AND PHARMACIA & UPJOHN COMPANY,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE JAMES M. BIXLER, DISTRICT JUDGE,
Respondents,
and
THE STATE OF NEVADA,
Real Party in Interest.

No. 66155

**FILED**

NOV 1 8 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### *ORDER DISMISSING PETITION FOR WRIT OF MANDAMUS*

Having reviewed the parties' stipulation for dismissal of this writ petition, the stipulation is approved, and this petition is hereby dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: Marie K. Smith

cc: Hon. James M. Bixler, District Judge
Snell & Wilmer, LLP/Las Vegas
Attorney General/Las Vegas
Wetherall Group, LTD.
Littlepage Booth
Shook Hardy & Bacon L.L.P.
Ashcraft & Barr LLP
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

14-37989